UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANNY SANTOS,                                           :

                                          :          ORDER OF DISCONTINUANCE
                           Plaintiff,                 18 Civ. 2347 (GWG)

                                          :

         -v.-                                          :

                                          :

LOGON COMPUTER & MAILING SERVICES,  :
INC., et al.,

                                          :

                           Defendants.                :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

         This case contains claims under the Fair Labor Standards Act.  On May 7, 2019, an order
was issued on the parties' consent agreeing to disposition of this matter by the undersigned
pursuant to 28 U.S.C. § 636(c).  At a settlement conference held on May 7, 2019, the terms of a
proposed settlement were placed on the record.  In addition, the parties made a joint application
on the record to approve the settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796
F.3d 199 (2d Cir. 2015).

         At that time, the Court reviewed the proposed settlement, and considered the parties'
arguments.  For the reasons stated on the record, the Court found that the settlement was fair and
reasonable.

         Accordingly, the settlement is approved and this action is dismissed with prejudice and
without costs except as may be stated in the settlement agreement.  The Court will retain
jurisdiction to enforce the settlement agreement.

         Any pending motions are moot.  The Clerk is requested to close the case.

         SO ORDERED.

Dated: May 22, 2019
         New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge